IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WALTER EDWARD BURTON, | ) | |
| | ) | Civil Action No. 7:22cv00717 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| KIMBERLY HAUG, *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendants. | ) | |

Plaintiff Walter Edward Burton, a Virginia inmate proceeding *pro se,* filed this civil action under 42 U.S.C. § 1983. By conditional filing order entered December 15, 2022, the court advised Burton that he must notify the court in writing immediately upon his transfer or release and must provide the court with his new address. (*See* ECF No. 3.) The court further advised Burton that failure to provide an updated address would result in dismissal of this action. (*Id.*)

On April 17, 2023, an order mailed to Burton was returned to the court as undeliverable and with no forwarding address. (*See* ECF No. 6.) To date, Burton has not provided the court with an updated address. Accordingly, the court will dismiss this action without prejudice for failure to comply with the court's order. The court notes that this dismissal is without prejudice to Burton's opportunity to refile his claims in a separate civil action, subject to the applicable statute of limitations.

**ENTERED** this 1st day of May, 2023.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE